FILED
April 19, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                                              )  Case No. CR. S-95-445 LKK
        Plaintiff,   )
v.   )  ORDER FOR RELEASE OF
                                              )  PERSON IN CUSTODY
JAMES ALLEN CLARK,   )
       Defendant.   )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES ALLEN CLARK , Case No.  CR. S-95-445 LKK  , Charge  Title 18, United States Code, Section 3606  , from custody and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          _____    Corporate Surety Bail Bond

          __    (Other) __

Issued at  Sacramento, CA  on  April 19, 2005  at  9:30 am.  .

By  /s/ Lawrence K. Karlton
    Lawrence K. Karlton
    United States District Judge

Original - U.S. Marshal